1  McGREGOR W. SCOTT
   United States Attorney
2  GEOFFREY D. WILSON
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CUSTOM DESIGN KITCHEN AND BATH INC., AND NORTHWEST GRANITE INC., | CASE NO.  2:19-cv-00799 MCE KJN |
| Plaintiffs, | ORDER DISMISSING CASE |
| v. | |
| TCE TRADING CANADA INC.; TCE PROPERTY INVESTMENT LTD.; TCE GROUP HOLDINGS LTD.; JIAN YUN CHEN, an individual; A & A CONTRACT CUSTOM BROKERS INC.; AND BORDER BUDDY CUSTOM BROKER, | |
| Defendants. | |

ORDER DISMISSING CASE

The Relator Custom Design Kitchen and Bath Inc. having filed a Notice of Voluntary Dismissal of this action and the United States having filed is Notice of Consent to Dismissal, pursuant to the False Claim Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

**IT IS HEREBY ORDERED** that,

1. This action is dismissed with prejudice as to Relator Custom Design Kitchen and Bath Inc.;

2. This action is dismissed without prejudice as to the United States;

3. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filing in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

**IT IS SO ORDERED.**

Dated: February 10, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE